C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**DISTRICT COURT OF THE UNITED STATES**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENDIR BRISENO, NEIL OPDAHL-LOPEZ, and RODNEY WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, in his official capacity as Attorney General for the State of California; LUIS LOPEZ, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-09018<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

TO THE CLEARK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT, pursuant to Central District Local Rule 83-1.4, Plaintiffs Endir Briseno, Neil Opdahl-Lopez, and Rodney Wilson (collectively, "Plaintiffs"), bring this Notice of Pendency of Other Action or Proceeding to inform the Court of a lawsuit pending in Superior Court for the State of California for the County of Los Angeles that potentially shares a material part of the subject matter in this action. That case is captioned *Franklin Armory, Inc., et al. v. California Department of Justice, et al.*, Case No. 20STCP01747 ("the State Court Action").

The State Court Action was brought by plaintiffs-petitioners Franklin Armory, Inc., and the California Rifle & Pistol Association, Incorporated, against defendants-respondents California Department of Justice and California Attorney General Robert A. Bonta, in his official capacity.

Plaintiffs' counsel believes that the State Court Action potentially shares a material part of the subject matter in this action for purposes of Local Rule 83-1.4 because both cases raise federal constitutional challenges, including procedural and substantive due process claims, to Defendants California Department of Justice and Attorney General's promulgation, maintenance, and enforcement a non-statutory rule prohibiting the transfer of lawful firearms that are neither "rifles," nor "shotguns," nor "handguns" as those terms are defined by state statute.[1] While this action deals primarily with centerfire variants of Franklin Armory's Title 1 series of firearms that are "firearms with an undefine subtype," the State Court Action involves all sorts of "firearms with an undefined subtype," including but not limited to both centerfire and rimfire variants of Franklin Armory's Title 1 series of firearms, buntline revolvers, butterfly grip firearms, and stockless barreled action firearms.

/ / /

/ / /

---

[1] For ease of reference, such firearms are called "firearms with an undefined subtype."

The attorneys litigating the State Court Action are as follows:

*Attorneys for Plaintiffs-Petitioners*

MICHEL & ASSOCIATES, P.C.
C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Jason A. Davis – SBN 2242500
Konstadinos T. Moros – SBN 306610
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

*Attorneys for Defendants-Respondents*

ROB BONTA
Attorney General of California
BENJAMIN BARNOUW
Supervising Deputy Attorneys General
KENNETH G. LAKE
ALEXIS DIAMOND
Deputy Attorneys General
300 South Spring Street
Los Angeles, CA 90013
Telephone: (213) 269-6525
Facsimile: (916) 731-2120
E-mail: Kenneth.Lake@doj.ca.gov

Date:  November 17, 2021

Respectfully submitted,

s/ Anna M. Barvir
Anna M. Barvir
Attorneys for Plaintiffs