1   ROB BONTA
    Attorney General of California
2   MARK R. BECKINGTON
    Supervising Deputy Attorney General
3   ROBERT L. MEYERHOFF
    Deputy Attorney General
4   State Bar No. 298196
      300 South Spring Street, Suite 1702
5     Los Angeles, CA 90013-1230
      Telephone: (213) 269-6177
6     Fax: (916) 731-2144
      E-mail: Robert.Meyerhoff@doj.ca.gov
7   *Attorneys for Defendants Robert A. Bonta, Luis*
    *Lopez, and the California Department of Justice*
8

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13    **ENDIR BRISENO, NEIL OPDAHL-** | 2:21-cv-09018 |
| 14    **LOPEZ, AND RODNEY WILSON,** **INDIVIDUALLY AND ON BEHALF OF ALL** | |
| 15    **OTHERS SIMILARLY SITUATED,** | **DEFENDANTS ROBERT A.** **BONTA, LUIS LOPEZ, AND** **CALIFORNIA DEPARTMENT OF** |
| 16    Plaintiffs, | **JUSTICE'S REQUEST FOR** **JUDICIAL NOTICE IN SUPPORT** |
| 17    v. | **OF MOTION TO DISMISS,** **ABSTAIN FROM HEARING,** |
| 18    **ROBERT A. BONTA, IN HIS OFFICIAL** | **AND/OR STAY PLAINTIFFS'** **COMPLAINT** |
| 19    **CAPACITY AS ATTORNEY GENERAL FOR** **THE STATE OF CALIFORNIA; LUIS** | |
| 20    **LOPEZ, IN HIS OFFICIAL CAPACITY AS** **ACTING CHIEF OF THE CALIFORNIA** | Date:       February 28, 2022 |
| 21    **DEPARTMENT OF JUSTICE BUREAU OF** **FIREARMS; CALIFORNIA** | Time:       1:30 p.m. Judge:     Hon. Otis D. Wright II |
| 22    **DEPARTMENT OF JUSTICE; AND** **DOES 1-10,** | Action Filed: November 17, 2021 |
| 23    Defendants. | |

24

25

26

27

28

1

**REQUEST FOR JUDICIAL NOTICE**

2     Defendants Robert A. Bonta in his official capacity as Attorney General for

3 the State of California, Luis Lopez, in his official capacity as Acting Chief of the

4 California Department of Justice Bureau of Firearms, and the California

5 Department of Justice respectfully request that this Court take judicial notice,

6 pursuant to Federal Rule of Evidence 201(c)(2), of the documents attached to the

7 accompanying declaration of counsel. These documents are filings in *Franklin*

8 *Armory, Inc., et al., v. California Department of Justice, et al.,* Case No.

9 20STCP01747, currently pending in the Superior Court of the State of California

10 for the County of Los Angeles.

11     Federal Rule of Evidence 201(b) provides that a judicially noticed fact must be

12 one "not subject to reasonable dispute" because it is either (1) generally known

13 within the territorial jurisdiction of the trial court or (2) capable of accurate and

14 ready determination by resort to sources whose accuracy cannot readily be

15 questioned.  Fed. R. Evid. 201(b). Courts "may take judicial notice of court filings

16 and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442

17 F.3d 741, 746 n.6 (9th Cir. 2006) (granting Defendants' request to "take judicial

18 notice of several other pleadings, memoranda, expert reports, etc." from another

19 court); *see also Javaheri v. Deutsche Mellon Nat'l Asset, LLC*, No.

20 218CV6615ODWFFM, 2019 WL 1516938, at *3 (C.D. Cal. Apr. 8, 2019) (noting

21 that "proceedings in other courts . . . are subject to judicial notice" and granting

22 judicial notice of filings from another lawsuit). Accordingly, Defendants

23 respectfully request that this Court take judicial notice of the exhibits attached to

24 the accompanying declaration of counsel.

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  January 24, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*Robert M*

ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendants Robert A.*
*Bonta, Luis Lopez, and the California*
*Department of Justice*

2

Request for Judicial Notice ISO Defendants'
Motion (Case No. 2:21-cv-09018)

# CERTIFICATE OF SERVICE

Case Name:  **Briseno, Endir, et al. v. Robert**          No.    **2:21-cv-09018**
**A. Bonta, et al.**

I hereby certify that on <u>January 24, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS ROBERT A. BONTA, LUIS LOPEZ, AND CALIFORNIA DEPARTMENT OF JUSTICE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ABSTAIN FROM HEARING, AND/OR STAY PLAINTIFFS' COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 24, 2022</u>, at Los Angeles, California.

|                        |                  |
| :--------------------: | :--------------: |
| Stacy McKellar         |                  |
| Declarant              | Signature        |

SA2022300059