1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6177
6   Fax:  (916) 731-2144
    E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Defendants Robert A. Bonta, Luis Lopez, and the California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENDIR BRISENO, NEIL OPDAHL-LOPEZ, AND RODNEY WILSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT A. BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; LUIS LOPEZ, IN HIS OFFICIAL CAPACITY AS ACTING CHIEF OF THE CALIFORNIA DEPARTMENT OF JUSTICE BUREAU OF FIREARMS; CALIFORNIA DEPARTMENT OF JUSTICE; AND DOES 1-10,**<br><br>Defendants. | 2:21-cv-09018<br><br>**DEFENDANTS ROBERT A. BONTA, LUIS LOPEZ, AND CALIFORNIA DEPARTMENT OF JUSTICE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ABSTAIN FROM HEARING, AND/OR STAY PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:           April 11, 2022<br>Time:           1:30 p.m.<br>Judge:          Hon. Otis D. Wright II<br>Action Filed:   November 17, 2021 |

**REQUEST FOR JUDICIAL NOTICE**

Defendants Robert A. Bonta in his official capacity as Attorney General for the State of California, Luis Lopez, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms, and the California Department of Justice respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201(c)(2), of the documents attached to the accompanying declarations of counsel. These documents are filings in *Franklin Armory, Inc., et al., v. California Department of Justice, et al.,* Case No. 20STCP01747, currently pending in the Superior Court of the State of California for the County of Los Angeles.

Federal Rule of Evidence 201(b) provides that a judicially noticed fact must be one "not subject to reasonable dispute" because it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot readily be questioned.  Fed. R. Evid. 201(b). Courts "may take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (granting Defendants' request to "take judicial notice of several other pleadings, memoranda, expert reports, etc." from another court); *see also Javaheri v. Deutsche Mellon Nat'l Asset, LLC*, No. 218CV6615ODWFFM, 2019 WL 1516938, at *3 (C.D. Cal. Apr. 8, 2019) (noting that "proceedings in other courts . . . are subject to judicial notice" and granting judicial notice of filings from another lawsuit). Accordingly, Defendants respectfully request that this Court take judicial notice of the exhibits attached to the accompanying declarations of counsel.

| | |
|---|---|
| Dated: February 18, 2022 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br><br>*Robert M*<br><br>ROBERT L. MEYERHOFF<br>Deputy Attorney General<br>*Attorneys for Defendants Robert A. Bonta, Luis Lopez, and the California Department of Justice* |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Briseno, Endir, et al. v. Robert A. Bonta, et al.** | No. | **2:21-cv-09018** |

I hereby certify that on <u>February 18, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS ROBERT A. BONTA, LUIS LOPEZ, AND CALIFORNIA DEPARTMENT OF JUSTICE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ABSTAIN FROM HEARING, AND/OR STAY PLAINTIFFS' FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 18, 2022</u>, at Los Angeles, California.

| | |
|---|---|
| Robert Leslie Meyerhoff | *Robert M* |
| Declarant | Signature |