C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013-1230
   Telephone: (213) 269-6177
   Fax: (916) 731-2144
   E-mail: Robert.Meyerhoff@doj.ca.gov

Attorneys for Defendants

# DISTRICT COURT OF THE UNITED STATES

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDIR BRISENO, NEIL OPDAHL-LOPEZ, and RODNEY WILSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ROBERT A. BONTA, in his official capacity as Attorney General for the State of California; LUIS LOPEZ, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1-10,<br><br>                    Defendants. | Case No.: 2:21-cv-09018-ODW (PDx)<br><br>**JOINT STATUS REPORT RE:** *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE* |

Pursuant to this Court's August 12, 2022, Order, Plaintiffs Endir Briseno, Neil Opdahl-Lopez, and Rodney Wilson ("Plaintiffs") and Defendants Robert A. Bonta, Luis Lopez, and California Department of Justice ("Defendants") (collectively "the Parties"), hereby submit this Joint Status Report regarding the status of *Franklin Armory, Inc. v. California Department of Justice*, Los Angeles Superior Court Case No. 20STCP01747.

On January 27, 2022, the Writs & Receivers Department of the Los Angeles Superior Court dismissed the *Franklin Armory* plaintiffs' first, second, and eighth claims for writ of mandate and declaratory relief.

On January 28, 2022, the case was reassigned out of the Writs & Receivers Department, and the stay on litigating the third, fourth, fifth, sixth, seventh, and ninth causes of action was lifted.

On March 2, 2022, the parties and the court participated in a Case Management Conference. A jury trial was scheduled for June 6, 2023, and final status conference was scheduled for May 25, 2023.

The parties are currently engaged in discovery on these six remaining claims in preparation for dispositive motions and/or trial. On December 1, 2022, the parties filed a joint stipulation to continue the trial date for 119 days from June 6, 2023, to October 3, 2023. That stipulation is currently pending.

Dated: December 1, 2022

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs

Dated: December 1, 2022

ROB BONTA
Attorney General of California

*s/ Mark R. Beckington*
MARK R. BECKINGTON
Supervising Deputy Attorney General
Attorneys for Defendants

2

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: December 1, 2022                                *s/ Anna M. Barvir*
                                                               Anna M. Barvir

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Briseno, et al. v. Bonta, et al.*
Case No.:     2:21-cv-09018-ODW (PDx)

IT IS HEREBY CERTIFIED THAT:

     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

     I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE***

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
   *Attorney for Defendants*

     I declare under penalty of perjury that the foregoing is true and correct.

Executed December 1, 2022.

_____
Laura Palmerin