```
C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com
```

Attorneys for Plaintiffs

```
ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6177
  Fax: (916) 731-2144
  E-mail: Robert.Meyerhoff@doj.ca.gov
```

Attorneys for Defendants

## DISTRICT COURT OF THE UNITED STATES

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDIR BRISENO, NEIL OPDAHL-LOPEZ, and RODNEY WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, in his official capacity as Attorney General for the State of California; LUIS LOPEZ, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-09018-ODW (PDx)<br><br>**THIRD JOINT STATUS REPORT RE:** *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE* |

Pursuant to this Court's August 12, 2022 Order, Plaintiffs Endir Briseno, Neil Opdahl-Lopez, and Rodney Wilson, and Defendants Rob Bonta, Luis Lopez, and California Department of Justice submit this Joint Status Report on the status of *Franklin Armory, Inc. v. California Department of Justice*, Los Angeles Superior Court Case No. 20STCP01747.

On January 27, 2022, the Writs & Receivers Department of the Los Angeles Superior Court dismissed the *Franklin Armory* plaintiffs' first, second, and eighth claims for writ of mandate and declaratory relief. The case was then reassigned out of the Writs & Receivers Department, and the stay on the third, fourth, fifth, sixth, seventh, and ninth causes of action was lifted.

On March 2, 2022, the *Franklin Armory* parties and the court participated in a Case Management Conference. A jury trial was originally scheduled for June 6, 2023, and the final status conference was scheduled for May 25, 2023. But on December 5, 2022, the state court granted the parties' stipulation to continue the trial for 120 days. The final status conference was continued to September 28, 2023, and the jury trial was continued to October 10, 2023. Based on that schedule, the current deadline for summary judgment motions is June 29, 2023.

The *Franklin Armory* parties are currently engaged in discovery in preparation for dispositive motions and/or trial. The state defendants have notified the plaintiffs that they intend to file a motion for judgment on the pleadings soon, and counsel for the parties recently met and conferred over the anticipated motion. Considering the remaining discovery left to be completed and the parties' expected dispositive motions, parties filed a second joint stipulation and request to continue the trial for 120 days on May 25, 2023. At the time of this filing, that stipulation is still pending.

Dated: June 1, 2023                                                    **MICHEL & ASSOCIATES, P.C.**

                                                                                      *s/ Anna M. Barvir*
                                                                                      Anna M. Barvir
                                                                                      Attorneys for Plaintiffs

Dated: June 1, 2023

ROB BONTA
Attorney General of California

*s/ Robert L. Meyerhoff*
ROBERT L. MEYERHOFF
Deputy Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
Attorneys for Defendants

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this THIRD JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: June 1, 2023

*s/ Anna M. Barvir*
Anna M. Barvir

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Briseno, et al. v. Bonta, et al.*
Case No.:    2:21-cv-09018-ODW (PDx)

IT IS HEREBY CERTIFIED THAT:

 I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

 I am not a party to the above-entitled action. I have caused service of:

**THIRD JOINT STATUS REPORT RE:** *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
   *Attorney for Defendants*

 I declare under penalty of perjury that the foregoing is true and correct.

Executed June 1, 2023.

*[signature]*
Laura Palmerin