C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6177
  Fax: (916) 731-2144
  E-mail: Robert.Meyerhoff@doj.ca.gov

Attorneys for Defendants

## DISTRICT COURT OF THE UNITED STATES

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDIR BRISENO, NEIL OPDAHL-LOPEZ, and RODNEY WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, in his official capacity as Attorney General for the State of California; LUIS LOPEZ, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-09018-ODW (PDx)<br><br>**SEVENTH JOINT STATUS REPORT RE:** *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE* |

Pursuant to this Court's August 12, 2022 Order, Plaintiffs Endir Briseno, Neil Opdahl-Lopez, and Rodney Wilson, and Defendants Rob Bonta, Luis Lopez, and California Department of Justice submit this Sixth Joint Status Report on the status of *Franklin Armory, Inc. v. California Department of Justice*, Los Angeles Superior Court Case No. 20STCP01747.

On January 27, 2022, the Writs & Receivers Department of the Los Angeles Superior Court dismissed the *Franklin Armory* plaintiffs' first, second, and eighth claims for writ of mandate and declaratory relief. The case was then reassigned, and the stay of the third, fourth, fifth, sixth, seventh, and ninth causes of action was lifted.

On September 7, 2023, the state court granted the state's motion to dismiss without leave to amend the sixth, seventh, and ninth causes of action and denied the motion in all other respects. The parties thus continue to litigate the third, fourth, and fifth causes of action for tortious interference with contract and economic advantage. They have engaged in extensive written discovery and have taken several depositions in preparation for dispositive motions and/or trial.

On September 15, 2023, the state court granted the parties' third stipulation to continue the trial to May 28, 2024. However, because the lead counsel for the defendants had to take unexpected medical leave, the parties later filed a fourth stipulation to continue the trial. On January 8, 2024, the state court granted the parties' stipulation and continued the trial. The final pretrial conference is scheduled for August 8, 2024, and the trial is set for August 20, 2024.

On April 26, 2024, the defendants filed a Motion for Summary Judgment, or Alternatively, Summary Adjudication. The plaintiffs' opposition is due June 26, 2024, and the defendants' reply is due July 5, 2024. The hearing is set for July 10, 2024.

Dated: May 31, 2024

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs

Dated: May 31, 2024

ROB BONTA
Attorney General of California

*s/ Robert L. Meyerhoff*
ROBERT L. MEYERHOFF
Deputy Attorney General
Attorneys for Defendants

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this SEVENTH JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: May 31, 2024

*s/ Anna M. Barvir*
Anna M. Barvir

## CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Briseno, et al. v. Bonta, et al.*
Case No.:    2:21-cv-09018-ODW (PDx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**SEVENTH JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE***

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
Mark Beckington
mark.beckington@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 31, 2024.

Laura Palmerin