C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6177
  Fax: (916) 731-2144
  E-mail: Robert.Meyerhoff@doj.ca.gov

Attorneys for Defendants

**DISTRICT COURT OF THE UNITED STATES**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENDIR BRISENO, NEIL OPDAHL-LOPEZ, and RODNEY WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, in his official capacity as Attorney General for the State of California; LUIS LOPEZ, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-09018-ODW (PDx)<br><br>**JOINT STATUS REPORT RE: JUDGMENT ISSUED IN *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*** |

Pursuant to this Court's August 12, 2022 Order, Plaintiffs Endir Briseno, Neil Opdahl-Lopez, and Rodney Wilson, and Defendants Rob Bonta, Luis Lopez, and California Department of Justice, through their counsel of record, submit this joint status report regarding *Franklin Armory, Inc. v. California Department of Justice*, Los Angeles Superior Court Case No. 20STCP01747.

On April 26, 2024, the defendants in the state-court *Franklin Armory* case filed a Motion for Summary Judgment, or Alternatively, Summary Adjudication. After briefing and a hearing, the trial court issued an order granting summary judgment for the defendants on July 11, 2024. The defendants submitted a proposed judgment, and the court signed the final judgment on July 12, 2024. The court mailed a Notice of Entry of Judgment on July 15, 2024, and the plaintiffs received it on July 18, 2024. Pursuant to Rule 3.1590(j) of the California Rules of Court, the plaintiffs filed objections to the proposed judgment on July 16, 2024. Notwithstanding any change to the judgment already entered, the plaintiffs currently have until September 10, 2024, to file a notice of appeal.

Defendants in this matter contend that the stay currently in place should remain in place until the deadline to appeal has passed or until judgment after appeal has been entered, whichever is later. *See* Order [Dkt. No. 30] at 11 (noting that "the Superior Court's dismissal of claims in *Franklin Armory* does not prevent the Court from invoking *Pullman* abstention" given the possibility of an appeal) (citing *Smelt v. County of Orange*, 447 F.3d 673, 681 (9th Cir. 2006)). Though Plaintiffs contend that a stay of this matter should not have been entered because neither the parties nor the issues are the same, Plaintiffs take no position on whether this Court should lift the stay pending appeal.

Dated: July 22, 2024

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs

Dated: July 22, 2024

ROB BONTA
Attorney General of California

*s/ Robert L. Meyerhoff*
ROBERT L. MEYERHOFF
Deputy Attorney General
Attorneys for Defendants

# ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT RE: JUDGMENT ISSUED IN *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: July 22, 2024

*s/ Anna M. Barvir*
Anna M. Barvir

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Briseno, et al. v. Bonta, et al.*
Case No.:    2:21-cv-09018-ODW (PDx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT RE: JUDGMENT ISSUED IN *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE***

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
Mark Beckington
mark.beckington@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
   *Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 22, 2024.

*[signature]*
Laura Palmerin

CERTIFICATE OF SERVICE