C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
CHARLES J. SAROSY
Deputy Attorney General
State Bar No. 302439
　300 South Spring Street, Suite 1702
　Los Angeles, CA 90013-1230
　Telephone: (213) 269-6177
　Fax: (916) 731-2144
　E-mail: Robert.Meyerhoff@doj.ca.gov

Attorneys for Defendants

**DISTRICT COURT OF THE UNITED STATES**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENDIR BRISENO, NEIL OPDAHL-LOPEZ, and RODNEY WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ROBERT A. BONTA, in his official capacity as Attorney General for the State of California; LUIS LOPEZ, in his official capacity as Acting Chief of the California Department of Justice Bureau of Firearms; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-09018-ODW (PDx)<br><br>**TWELFTH JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*** |

1  Pursuant to this Court's September 19, 2024 Order, Plaintiffs Endir Briseno, Neil
2  Opdahl-Lopez, and Rodney Wilson, and Defendants Rob Bonta, Luis Lopez, and
3  California Department of Justice submit this Twelfth Joint Status Report on the status of
4  *Franklin Armory, Inc. v. California Department of Justice*, Second Appellate District Case
5  No. B340913 (L.A. Super. Ct. Case No. 20STCP01747).

6  The state court in the *Franklin Armory* case entered judgment for the defendants on
7  July 12, 2024, and mailed a Notice of Entry of Judgment on July 15, 2024. On September
8  9, 2024, the plaintiffs appealed. The *Franklin Armory* plaintiffs-appellants filed their
9  opening brief on May 21, 2025. Respondents filed their brief on July 31, 2025. And the
10 reply brief is currently due on October 6, 2025. The appeal remains pending.

Dated: August 29, 2025

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs

Dated: August 29, 2025

ROB BONTA
Attorney General of California

*s/ Robert Meyerhoff*
ROBERT MEYERHOFF
Deputy Attorney General
Attorneys for Defendants

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this TWELFTH JOINT STATUS REPORT RE: *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: August 29, 2025

*s/ Anna M. Barvir*
Anna M. Barvir

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Briseno, et al. v. Bonta, et al.*
Case No.:     2:21-cv-09018-ODW (PDx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**TWELFTH JOINT STATUS REPORT RE:** *FRANKLIN ARMORY V. CALIFORNIA DEPARTMENT OF JUSTICE*

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
Mark Beckington
mark.beckington@doj.ca.gov
Charles J. Sarosy
charles.sarosy@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
    *Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2025 in Riverside, California.

_____
Laura Fera